FILED

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ROZELLA A. OLIVER (Cal. Bar No. 250488)
Assistant United States Attorney
Chief, General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2475
    Facsimile: (213) 894-0141
    E-mail: rozella.oliver@usdoj.gov

2016 MAR -4  PM 4: 36

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSE LUIS LOPEZ,

    Defendant.

No. ED CR 16 00017 JGB 4

GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐ 1.   Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

    ☐ a.   present offense committed while defendant was on release pending (felony trial),

    ☐ b.   defendant is an alien not lawfully admitted for permanent residence; <u>and</u>

1     ☐    c.     defendant may flee; or
2     ☐    d.     pose a danger to another or the community.
3     ☒   2.    Pretrial Detention Requested (§ 3142(e)) because no
4               condition or combination of conditions will reasonably
5               assure:
6     ☒    a.     the appearance of the defendant as required;
7     ☒    b.     safety of any other person and the community.
8     ☐   3.    Detention Requested Pending Supervised Release/Probation
9               Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.
10              § 3143(a)):
11    ☐    a.     defendant cannot establish by clear and convincing
12                    evidence that he/she will not pose a danger to any
13                    other person or to the community;
14    ☐    b.     defendant cannot establish by clear and convincing
15                    evidence that he/she will not flee.
16    ☒   4.    Presumptions Applicable to Pretrial Detention (18 U.S.C.
17              § 3142(e)):
18    ☒    a.     Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")
19                    (46 U.S.C. App. 1901 et seq.) offense with 10-year or
20                    greater maximum penalty (presumption of danger to
21                    community and flight risk);
22    ☐    b.     offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
23                    2332b(g)(5)(B) with 10-year or greater maximum penalty
24                    (presumption of danger to community and flight risk);
25    ☐    c.     offense involving a minor victim under 18 U.S.C.
26                    §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
27                    2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
28

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | 2260, 2421, 2422, 2423 or 2425 (presumption of danger |
| 2 |   |   | to community and flight risk); |
| 3 | ☐ | d. | defendant currently charged with an offense described |
| 4 |   |   | in paragraph 5a - 5e below, <u>AND</u> defendant was |
| 5 |   |   | previously convicted of an offense described in |
| 6 |   |   | paragraph 5a - 5e below (whether Federal or |
| 7 |   |   | State/local), <u>AND</u> that previous offense was committed |
| 8 |   |   | while defendant was on release pending trial, <u>AND</u> the |
| 9 |   |   | current offense was committed within five years of |
| 10 |   |   | conviction or release from prison on the above- |
| 11 |   |   | described previous conviction (presumption of danger to |
| 12 |   |   | community). |
| 13 | ☒ | 5. | Government Is Entitled to Detention Hearing Under § 3142(f) |
| 14 |   |   | If the Case Involves: |
| 15 | ☐ | a. | a crime of violence (as defined in 18 U.S.C. |
| 16 |   |   | § 3156(a)(4)) or Federal crime of terrorism (as defined |
| 17 |   |   | in 18 U.S.C. § 2332b(g)(5)(B)) for which maximum |
| 18 |   |   | sentence is 10 years' imprisonment or more; |
| 19 | ☐ | b. | an offense for which maximum sentence is life |
| 20 |   |   | imprisonment or death; |
| 21 | ☒ | c. | Title 21 or MDLEA offense for which maximum sentence is |
| 22 |   |   | 10 years' imprisonment or more; |
| 23 | ☐ | d. | any felony if defendant has two or more convictions for |
| 24 |   |   | a crime set forth in a-c above or for an offense under |
| 25 |   |   | state or local law that would qualify under a, b, or c |
| 26 |   |   | if federal jurisdiction were present, or a combination |
| 27 |   |   | or such offenses; |
| 28 |   |   |   |

|   |   |   |   |
|---|---|---|---|
| 1 | ☐ | e. | any felony not otherwise a crime of violence that |
| 2 |   |   | involves a minor victim or the possession or use of a |
| 3 |   |   | firearm or destructive device (as defined in 18 U.S.C. |
| 4 |   |   | § 921), or any other dangerous weapon, or involves a |
| 5 |   |   | failure to register under 18 U.S.C. § 2250; |
| 6 | ☒ | f. | serious risk defendant will flee; |
| 7 | ☐ | g. | serious risk defendant will (obstruct or attempt to |
| 8 |   |   | obstruct justice) or (threaten, injure, or intimidate |
| 9 |   |   | prospective witness or juror, or attempt to do so). |
| 10 | ☐ | 6. | Government requests continuance of _____ days for detention |
| 11 |   |   | hearing under § 3142(f) and based upon the following |
| 12 |   |   | reason(s): |

13
14  _____
15  _____
16  _____
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  ☐  7.  Good cause for continuance in excess of three days exists in
2        that:

3  _____
4  _____
5  _____
6  _____
7  _____

8  Dated: March 3, 2016            Respectfully submitted,

9                                  EILEEN M. DECKER
                                   United States Attorney
10
                                   LAWRENCE S. MIDDLETON
11                                 Assistant United States Attorney
                                   Chief, Criminal Division
12
                                        /s/ Daffodil Tyminski
13                                 _____
                                   DAFFODIL TYMINSKI
14                                 Assistant United States Attorney

15                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
16

17

18

19

20

21

22

23

24

25

26

27

28

                                  5