# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>Jose Luis Lopez | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER: ED CR 16-00017 JGB<br><br>REPORT COMMENCING CRIMINAL ACTION |
|---|---|---|

FILED 2016 MAR -7 AM 10:07 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: March 4, 2016 4:00 ☐ AM ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   21 USC 841

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☐ No ☒ Yes Language: Spanish

7. Year of Birth: 1968

8. Defendant has retained counsel: ☒ No
   ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Shane Van Gundy (please print)

12. Office Phone Number: 909 376-7780

13. Agency: HSI

14. Signature: [signature]

15. Date: 3/7/16

CR-64 (2/14)      REPORT COMMENCING CRIMINAL ACTION